Name / Nombre: **MERUZHAN HARUTYUNYAN**

A Number / Número A: **249099159**

Address / Dirección: **GOLDEN STATE ANNEX**

FILED
JUL 15 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

PRO SE

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

**MERUZHAN HARUTYUNYAN**

[Full Name / Nombre Completo]

Petitioner,

v.

Warden of the **GOLDEN STATE ANNEX** Detention Facility, Current or Acting Field Office Director, San Francisco Field Office, United States Immigration and Customs Enforcement; Current or Acting Director, United States Immigration and Customs Enforcement; Current or Acting Secretary, United States Department of Homeland Security; and Current or Acting United States Attorney General,

Respondents.

Case No. 1:25-CV-00859-HBK(HC)

Case No. **249099159**

**Motion for Appointment of Counsel Pursuant to 18 U.S.C. § 3006A**

Petitioner [your name / su nombre] **MERUZHAN HARUTYUNYAN** has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging Petitioner's indefinite detention by Respondents. Petitioner was detained by Immigration and Customs

1

1  Enforcement (ICE) on or about [date / *el mes y año en que comenzó su detención por ICE*]
2  11.21.2024_____. Petitioner has remained in ICE custody since that date.
3  Petitioner's removal proceedings remain pending.
4      The concurrently filed petition for writ of habeas corpus sets forth Petitioner's eligibility
5  for a writ of habeas corpus ordering Petitioner's release.
6      Petitioner moves the Court to appoint counsel to represent Petitioner in this case. The
7  Court may appoint counsel in a habeas action when the "interests of justices so require." 18
8  U.S.C. § 3006A(a)(2)(B). Here, Petitioner has a strong chance of success on the merits as
9  explained in the concurrently filed petition for writ of habeas corpus. However, given the
10 complexity of the law on immigration detention and Petitioner's status as a detained immigrant,
11 Petitioner would have great difficulty presenting the case without the assistance of counsel. For
12 these reasons, Petitioner respectfully requests that the Court appoint counsel.

07.06.2025_____
Date [*Fecha*]

MEROZHAN HARUTYUNYAN
Printed Name [*Nombre Impreso*]

_____
Signature [*Firma*]